RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/9/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| MICHAEL RODRIGUE, ET AL | * | CIVIL ACTION NO.: 06-2082 |
|---|---|---|
| VERSUS | * | JUDGE: RICHARD T. HAIK, JR. |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: METHVIN |

### JUDGMENT OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED, ADJUDGED AND DECREED that this civil matter be and is hereby dismissed WITH PREJUDICE, each party to bear its own fees, costs and other litigation expenses. This Court will retain jurisdiction for the sole purpose of any proceeding or dispute arising out of this Order of Dismissal or the enforcement of any agreement entered into between the parties in the nature of a settlement agreement, including enforcement of its terms.

Lafayette, Louisiana, this ___ day of August, 2007.

_____
Judge

4852-7007-9489.1